**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2026
```

Hotels By Day, LLC,

                              Plaintiff,

              - against -

DayUse SAS,

                              Defendant.

**25 Civ. 4477 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Plaintiff originally brought this action on May 29, 2025. (See Dkt. No. 1.) On February 10, 2026, the Court granted in part and denied in part Defendant's motion to dismiss the Complaint. (See Dkt. No. 19.) Defendant filed an Answer to the Complaint on February 24, 2026. (See Dkt. No. 22.)

The parties are hereby directed to submit a joint letter within fourteen (14) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a proposed Case Management Plan that provides that discovery is to be completed within four (4)

months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:    27 February 2026
          New York, New York

Victor Marrero
U.S.D.J.